```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

SANDRA NIEMEYER,                )
                                )
            Plaintiff,           )         4:02CV3359
                                )
      v.                         )
                                )
CITY OF LINCOLN,                )         MEMORANDUM AND ORDER
                                )
            Defendant.           )
                                )

Plaintiff has filed another request for additional time in which to hire counsel. Enough time has now passed, however, that plaintiff should now be expected to represent herself in this trial. Even though there has been a final pretrial conference and a final pretrial order has been filed (Filing 37, August 9, 2004), I shall nevertheless, in the interest of fairness, hold a second pretrial conference to address the requirements of a trial and apprise plaintiff of the court's expectations of her in representing herself. If before the second pretrial conference there is an appearance by counsel for the plaintiff, the second pretrial conference will be cancelled unless there is some extraordinary matter that must be addressed before the commencement of trial.

IT THEREFORE HEREBY IS ORDERED,

1. The second pretrial conference shall remain set for May 17, 2005 at 10:30 a.m. before the undersigned in chambers.

2. The trial remains set before the Hon. Richard G. Kopf, United States District Judge, and a jury, and will commence at 9:00 a.m. on June 13, 2005, in accordance with the provisions of the order of March 14, 2005 (filing 63).

3. Any motion to amend the final pretrial order, filing 37, shall comply in all respects with the provisions of Fed. R. Civ. P. 16(e) and NECivR 7.1 (The local rules are available on the

court's web site or at the offices of the Clerk of the Court), and shall be filed on or before May 20, 2005.

    4.  Plaintiff's motion for additional time to hire counsel, filing 65, is denied.

    DATED this 20th day of April, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge