```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SANDRA NIEMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CV3359 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to change trial date, filing 67, is granted and trial of this matter is continued to 9:00 a.m. on July 11, 2005 before the Hon. Richard G. Kopf, United States District Judge, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial. This case is the **FIRST CIVIL CASE** to be called for trial on that date. Further, this case will remain "on the court's call" as the first civil case for all subsequent weeks until it has been called in for trial.

DATED May 3, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge